UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:20-po-00085-DB |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| ABDUL M. HASHIMI, | ) ) | DATE:  July 14, 2020 TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Deborah Barnes |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00085-DB with prejudice is GRANTED.

    It is further ordered that the initial appearance scheduled on July 14, 2020, is vacated.

IT IS SO ORDERED.

Dated: July 8, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE